UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIGUEL A. TRUJEQUE-MAGANA,<br><br>   Petitioner,<br><br> v.<br><br>DAN VAN OGLE, et al.,<br><br>   Respondents. | CASE NO. 3:21-cv-05755-JHC-TLF<br><br>ORDER RE: REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation. Dkt. # 11. Having reviewed the Report and Recommendation, Petitioner's objections, and the remaining record, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner's federal habeas petition under 28 U.S.C. § 2254 is DENIED.

(3) The Court DENIES Petitioner's request for an evidentiary hearing for the reasons stated in the Report and Recommendation.

(4) The Court will NOT issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons identified in the Report and Recommendation.

ORDER RE: REPORT AND
RECOMMENDATION - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of August, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER RE: REPORT AND
RECOMMENDATION - 2